**CALLAHAN & BLAINE, APLC**
Daniel J. Callahan (Bar No. 91490)
 dan@callahan-law.com
Edward Susolik (Bar No. 151081)
 es@callahan-law.com
Richard T. Collins (Bar No. 166577)
 rcollins@callahan-law.com
Damon D. Eisenbrey (Bar No. 215927)
 deisenbrey@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

**KANTOR & KANTOR, LLP**
Lisa S. Kantor (Bar No. 110678)
 lkantor@kantorlaw.net
Elizabeth Hopkins (Bar No. 324431)
 ehopkins@kantorlaw.net
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff Ryan S., individually and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| RYAN S., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC., *et al*,<br><br>Defendants. | Case No. SACV19-1363-JVS (KESx)<br><br>Assigned to Hon. James V. Selna<br>Courtroom 10C<br><br>**JOINT STIPULATION TO MODIFY CASE MANAGEMENT DATES** |

## JOINT STIPULATION

Plaintiff Ryan S. ("Plaintiff") and Defendants UnitedHealth Group, Inc., United HealthCare Services, Inc., United Healthcare Insurance Company, UHC of California United HealthCare Services, LLC, United Behavioral Health,

OptumInsight, Inc., Optum Services, Inc., and Optum, Inc. (collectively "Defendants" – Plaintiff and Defendants are collectively referred to hereinafter as the "Parties") hereby stipulate and agree as follows pursuant to Local Rule 7-1 and Section E of the Court's Initial Order Following Filing of Complaint (Dkt. No. 17):

WHEREAS, on July 11, 2019, Plaintiff filed the Original Complaint in this action. (Dkt. No.1)

WHEREAS, on October 11, 2019, Plaintiff filed the First Amended Complaint. (Dkt. No. 29)

WHEREAS, on November 8, 2019, Defendants filed a Motion to Dismiss the First Amended Complaint. (Dkt. No. 30)

WHEREAS, on November 25, 2019, the Court issued Orders setting the following case management dates (Dkt. Nos. 36, 37):

- Court Trial                                     July 13, 2021
  - File Findings of Fact & Conclusions of Law by July 6, 2021
- Final Pre-Trial Conference                      June 28, 2021
  - File Pre-Trial Documents not later than May 31, 2021
  - File Motions in Limine not later than June 4, 2021
- Discovery Cut-Off                               March 30, 2021
- Expert Discovery Cut-Off                        June 4, 2021
  - Initial Disclosure of Experts not later than April 2, 2021
  - Rebuttal Disclosure of Experts not later than May 4, 2021
- Law and Motion Cut-Off                          May 24, 2021
  - Motions to be filed and served not later than April 26, 2021
- Mediation Completion                            October 20, 2020
- Class Certification Motion                      July 6, 2020
- Status Conference                               June 1, 2020

WHEREAS, on December 20, 2019, Plaintiff served Defendants with Requests for Production of Documents, Sets One through Seven, and Interrogatories, Set One. Shortly thereafter, the Parties agreed that Defendants would produce Plaintiff's administrative record documents and that class discovery would be stayed until the pleadings are closed.

JOINT STIPULATION TO MODIFY CASE MANAGEMENT DATES

1    WHEREAS, on January 6, 2020, the Court entered an order dismissing the First Amended Complaint and granting Plaintiff leave to file an amended complaint within 21 days.  (Dkt. No. 41)

WHEREAS, on January 20, 2020, Plaintiff filed the Second Amended Complaint.  (Dkt. No. 42)[1]

WHEREAS, on January 30, 2020, the Court granted the Parties' joint request for a schedule modification and set Defendants' response to the Second Amended Complaint to February 28, 2020.  (Dkt Nos. 43, 44)

WHEREAS, on February 25, 2020, the Court granted the Parties' joint request for a schedule modification and set Defendants' response to the Second Amended Complaint to April 10, 2020.  (Dkt. Nos. 45, 46)

WHEREAS, on April 6, 2020, the Court granted the Parties' joint request for a schedule modification and set Defendants' response to the Second Amended Complaint to June 27, 2020.  (Dkt. Nos. 48, 49)  The Court also set the Parties' deadline to file a request for a stipulated stay of any claims asserted by Plaintiff to June 12, 2020, and the Defendants' deadline to produce additional administrative record documents relating to Plaintiff to May 15, 2020.  The Parties' joint request was made "in light of the unprecedented COVID-19 pandemic, and the significant resources Defendants have been required to devote to addressing immediate and critical needs raised by the pandemic, Defendants require additional time, up to and including May 15, 2020, to collect and produce the additional administrative record documents relating to [Plaintiff]."  (Dkt. No. 48 at 2:7-24)

---

[1] Plaintiff's Second Amended Complaint also added former Plaintiff Raymond H. as a named plaintiff.  Raymond H. voluntarily dismissed his claims in this action without prejudice on March 27, 2020, and Ryan S. is the only named Plaintiff remaining in this action.  (Dkt No. 47)

1    WHEREAS, on May 15, 2020, Defendants produced additional administrative record documents relating to Plaintiff.[2]

WHEREAS, on May 26, 2020, the Court on its own motion continued the Status Conference previously set for June 1, 2020, to August 17, 2020. (Dkt. No. 50)

WHEREAS, on June 16, 2020, the Court granted the Parties' request to stay this action in part to the extent Plaintiff's claims arise from the matters at issue in the pending certified class actions styled as *Wit v. United Behavioral Health*, 3:14-cv-02346-JCS (N.D. Cal.) and *Alexander v. United Behavioral Health*, 3:14-cv-05337-JCS. (Dkt. Nos. 51, 52)

WHEREAS, on June 18, 2020, the Parties met and conferred regarding Defendants' motion to dismiss the Second Amended Complaint. At that time, Plaintiff requested a joint stipulation to continue the deadline for Plaintiff to file his class certification motion to a date 90 days after the pleadings are settled and an answer is filed. In response, Defendants proposed a 150-day extension rather than tying the class certification deadline directly to the pleadings and requested that the remainder of case management dates should shift accordingly.

WHEREAS, given the current state of the pleadings, the current stay of class discovery pending resolution of the pleadings, and the general impact of the COVID-19 pandemic on this case, the Parties agree that, for the reasons stated herein, good cause exists for an order continuing the case management dates set forth in the Court's November 25, 2019, Orders (Dkt. Nos. 36, 37) for a period of 150 days as set forth herein below.

---

[2] As to documents related to Plaintiff's administrative records, on October 1, 2019, Defendants produced UBH0000001 through UBH0000962, on March 6, 2020, Defendants produced UBH0000963 through UBH0005418, on March 18, 2020, Defendants produced UBH0005419 through UBH0009268, and on May 15, 2020, Defendants produced UBH0009269 through UBH0012312.

WHEREAS, this is the Parties first request to continue the below case management dates.

NOW THEREFORE, the Parties stipulate and agree as follows:

1. The case management dates set forth in the Court's November 25, 2019, Orders (Dkt. Nos. 36, 37) are continued for 150 days, or as soon thereafter as the Court's schedule permits, resulting in the following tentative case schedule:

- **Court Trial**                               **December 14, 2021**
    - File Findings of Fact & Conclusions of Law by December 7, 2021
- **Final Pre-Trial Conference**       **November 29, 2021**
    - File Pre-Trial Documents not later than October 21, 2021
    - File Motions in Limine not later than October 25, 2021
- **Discovery Cut-Off**                   **August 17, 2021**
- **Expert Discovery Cut-Off**       **November 1, 2021**
    - Initial Disclosure of Experts not later than August 30, 2021
    - Rebuttal Disclosure of Experts not later than October 1, 2021
- **Law and Motion Cut-Off**        **October 25, 2021**
    - Motions to be filed and served not later than September 23, 2021
- **Mediation Completion**           **March 15, 2021**
- **Class Certification Motion**     **December 3, 2020**

2. The Status Conference (Dkt. No. 50) currently scheduled for August 17, 2020, remains unchanged.

3. The briefing and hearing schedule regarding Defendants' motion to dismiss the Second Amended Complaint, as set forth in the Court's April 6, 2020, Order (Dkt. No. 49) remains unchanged.

**IT IS SO STIPULATED.**

(*Signatures on Following Page*)

| | |
|---|---|
| Dated: June 30, 2020 | CALLAHAN & BLAINE APLC |
| | |
| | By: /s/ *Damon D. Eisenbrey* |
| | Damon D. Eisenbrey |
| | Attorneys for Plaintiff |
| | |
| Dated: June 30, 2020 | CROWELL & MORING LLP |
| | |
| | By: /s/ *Andrew Holmer* |
| | Andrew Holmer |
| | Attorneys for Defendants |

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

- 6 -
JOINT STIPULATION TO MODIFY CASE MANAGEMENT DATES