UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 15 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RYAN S., individually and on behalf of all others similarly situated,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>UNITEDHEALTH GROUP, INC., a Delaware corporation; et al.,<br><br>      Defendants - Appellees. | No. 20-56310<br><br>D.C. No. 8:19-cv-01363-JVS-KES<br>U.S. District Court for Central California, Santa Ana<br><br>**MANDATE** |

The judgment of this Court, entered March 24, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: David J. Vignol
Deputy Clerk
Ninth Circuit Rule 27-7