1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| RYAN S., individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>  vs.<br><br>UNITEDHEALTH GROUP, *et al*.,<br><br>                      Defendants. | Case No. 8:19-cv-01363-JVS-KES<br><br>**Honorable James V. Selna**<br><br>**JUDGMENT** |

Pursuant to the Court's Order (Docket No. 83) granting UnitedHealth Group, Incorporated's, United HealthCare Services, Inc.'s, UnitedHealthcare Insurance Company's, UHC of California's, UnitedHealthcare Service LLC's, United Behavioral Health's, OptumInsight, Inc.'s, Optum Services, Inc.'s, and Optum, Inc.'s (collectively, "Defendants") Renewed Motion to Dismiss Plaintiff Ryan S.' ("Plaintiff") Third Amended Complaint, and dismissing Plaintiff's Third Amended Complaint as to all Defendants in its entirety and without leave to amend, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendants shall have judgment in their favor against Plaintiff. **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff takes nothing and that Defendants shall have their costs of suit.

Dated: August 09, 2022

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE